IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH MAY BUTTS,<br><br>Defendant. | No. 3:21-mj-00388-DMS<br><br> Jul 14 2021 |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Dale Boothroyd, having been first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Task Force Officer with the Drug Enforcement Administration since October of 2018. Prior to my assignment with the Drug Enforcement Administration, I was assigned to the Statewide Drug Enforcement Unit with the Alaska State Troopers from April 2018 to September 2018. Prior to my assignment with AST, I was assigned to uniformed patrol with the Anchorage International Airport Police/Fire Department for six years. Thus, in total I have approximately 9 years of law enforcement experience.

2. During the course of my employment as a Law Enforcement Officer, I have gained experience in conducting drug investigations and have received the benefit of many years of such experience of fellow agents, investigators and officers.

3. During the course of my employment with the these three agencies, I have worked in an undercover capacity and conducted investigations of controlled substances violations

 Jul 14 2021

in conjunction with agents, investigators and officers from other jurisdictions. I have also worked with and conducted investigations utilizing confidential sources. I have also conducted or assisted in investigations which have led to the arrest and conviction of persons for violations dealing with the sale, possession and/or manufacture of controlled substances, and the seizure and forfeiture of assets. As part of these investigations, I have able to interview arrested subjects and their associates. Through these interviews, your Affiant has learned how and why these offenders conduct various aspects of their drug trafficking activities, to include communicating, manufacturing, packaging, distribution, transportation and concealment of controlled substances and assets and money laundering.

4.  I attended the Alaska Law Enforcement Training Academy #12-02 and received 947 hours of training. I obtained my Intermediate Police Certificate from the Alaska Police Standards Council. I have attended a 40 hour "Jetway" training course presented by the Drug Enforcement Administration and El Paso Intelligence Center. I have attended a 40 hour Task Force Officer School administered by the Drug Enforcement Administration in Quantico, VA. I have attended a 40 hour "Undercover Survival and Tactics" course presented by the Midwest Counterdrug Training Center. I have also attended a 7 hour course on Drugs in Alaska at the State Crime Laboratory. I have obtained an A.A.S degree from Finger Lakes Community College, graduating in 2009 with a major in Conservation Law Enforcement.

5.  I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully



below, I have probable cause to believe that on or about September 29, 2020, within the District of Alaska, SARAH MAY BUTTS knowingly and intentionally distributed 50 grams or more of pure methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

6. The statements in this affidavit are based in part on information provided to me by other law enforcement officers, police reports, my own investigation of this matter, and my training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.

**FACTS ESTABLISHING PROBABLE CAUSE**

7. On September 29, 2020, I was contacted by a confidential source ("CS-1"), who informed me that he/she had been contacted by Sarah BUTTS. CS-1 told me that BUTTS had offered to provide him/her with a shipment of fentanyl pills. CS-1 arranged to meet BUTTS at Cannabliss, a marijuana store located at 5th Avenue and Tetlin Street in Anchorage, Alaska.

8. Agents established surveillance at the site of the meeting and observed BUTTS arrive in a black Ford F-150 truck. BUTTS parked the truck on the north side of Cannabliss.

9. Agents observed CS-1 approach BUTTS in the truck. BUTTS told CS-1 that her source of supply had just acquired a large amount of heroin and methamphetamine, and that she was going to go to the bank to withdraw money to buy narcotics. BUTTS told CS-1 that she would return in approximately half an hour with a pound of methamphetmaine.


Jul 14 2021

10. BUTTS returned to Cannabliss approximately 90 minutes later. CS-1 approached BUTTS in the truck. BUTTS retrieved an item from a small blue and white box in passenger section of the truck cab and gave it to CS-1. BUTTS did not request payment from CS-1 at that time. BUTTS then departed from Cannabliss.

11. I retrieved the item that BUTTS had given CS-1. The item of a box for a Linksys wifi range extender, which contained 8 separate plastic baggies. Each of the baggies contained a substance which, based on my training and experience, I believe to be methamphetamine.

12. CS-1 has prior felony convictions for crimes involving dishonesty. CS-1 provided assistance to the government in part to mitigate his/her own potential criminal exposure.

13. I submitted the substance described above to the DEA Western Regional Laboratory for analysis. The laboratory concluded that the substance contained approximately 458.2 grams of pure methamphetamine.

**CONCLUSION**

14. I have probable cause to believe that BUTTS has committed the offense described in the complaint. Accordingly, I ask the court to issue a warrant for BUTTS's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

//

//

//

//

//

U.S. v. Butts
3:21-mj-00388-DMS

 Jul 14 2021

RESPECTFULLY SUBMITTED,

_____
Dale Boothroyd
Task Force Officer,
Drug Enforcement Administration


SUBSCRIBED AND SWORN TO pursuant to Fed. R. Crim. P. 4.1 on __July 14, 2021__



~~The Hon. Deborah M. Smith~~
~~Chief U.S. Magistrate Judge~~

Matthew M. Scoble, United States Magistrate Judge

U.S. v. Butts
3:21-mj-00388-DMS

Page 5 of 5